# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134763

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CURTIS LEE FERGUSON,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134763
COA: 277821
Genesee CC: 86-036310-FC

        On order of the Court, the application for leave to appeal the June 6, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

s1119

_Corbin R. Davis_
Clerk